**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 05-6070**

---

TYRELL DAVRON ANDERSON,

                                        Plaintiff - Appellant,

          versus

SHARON     NUTTER,    Fiscal    Account    Clerk
Supervisor; DIVISION OF CORRECTION; FRANK C.
SIZER,   JR.,   Commissioner   of   Correction;
JOSEPH P. SACCHET, Warden of MCI-H & Staff;
INMATE AFFAIRS UNIT; INMATE GRIEVANCE OFFICE,

                                        Defendants - Appellees.

---

Appeal from the United States District Court for the District of
Maryland,  at  Baltimore.    Andre  M.  Davis,  District  Judge.
(CA-04-2497-1-AMD)

---

Submitted:  February 9, 2005        Decided:  February 17, 2005

---

Before WILKINSON, MICHAEL, and SHEDD, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Tyrell Davron Anderson, Appellant Pro Se. Stephanie Judith Lane
Weber, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore,
Maryland, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Tyrell Davron Anderson appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Anderson v. Nutter, No. CA-04-2497-1-AMD (D. Md. filed Dec. 21, 2004 & entered Dec. 22, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED